**(Official Form 1)(12/03)**

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO DIVISION (EASTERN) | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Smith, Jerry T.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle):<br>**Smith, Mary L** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-0704** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-3906** |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**1351 N. Lockwood**<br>**Chicago, IL 60651** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>**1351 N. LOCKWOOD**<br>**CHICAGO, IL 60651** |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business:<br>**COOK** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [ ] Chapter 11 | [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Section 304 - Case ancillary to foreign proceeding | | |
| [ ] Other_____ | [ ] Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [x] Consumer/Non-Business | [ ] Business | [x] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- [ ] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Statistical/Administrative Information** (Estimates only) — THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.0.1.148, ID 0977618809)*

| **Voluntary Petition (page 2)** | Name of Debtor(s): **Jerry T. Smith** |
|---|---|
| *(This page must be completed and filed in every case)* | **Mary L Smith** |

### Prior Bankruptcy Case(s) Filed Within Last 6 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **N.D. IL EASTERN DIV  CH 13 DISMISSED** | **04-20740** | **6/23/2004** |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jerry T. Smith**
   **Jerry T. Smith**

X **/s/ Mary L Smith**
   **Mary L Smith**

Telephone Number (If not represented by an attorney)

**10/15/2005**
Date

**Signature of Attorney**

X **/s/ HAROLD M. SAALFELD**
   **HAROLD M. SAALFELD**    Bar No. **6231257**

**LAW OFFICE OF HAROLD M. SAALFELD
25 N. COUNTY STREET, SUITE 2R
WAUKEGAN, IL 60085-4342**

Phone No. **(847) 249-7538**    Fax No. **(847) 775-2709**

**10/15/2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Printed Name of Authorized Individual

Title of Authorized Individual

**10/15/2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ HAROLD M. SAALFELD**    10/15/2005
   **HAROLD M. SAALFELD**    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

IN RE: **Jerry T. Smith**
**Mary L Smith**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4791839**<br>**American Agc (original Creditor:pb Pac B**<br>**2158 W 190th St**<br>**Torrance, CA 90504** | | - | DATE INCURRED: **10/10/2001**<br>CONSIDERATION: **Collection**<br>REMARKS: **COLLECTION** | | | | **$214.00** |
| ACCT #: **1000987300**<br>**Armor Systms (original Creditor:city Of**<br>**2322 N. Green Bay**<br>**Waukegan, IL 60087** | | - | DATE INCURRED: **04/10/2001**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | **$150.00** |
| ACCT #: **3516006766001**<br>**At&t**<br>**At&t Consumer Services**<br>**Murray, UT 84157** | | - | DATE INCURRED: **08/1993**<br>CONSIDERATION: **Other**<br>REMARKS: **CURRENT** | | | | **$19.00** |
| ACCT #: **402411600431**<br>**Bankameric**<br>**1825 E Buckeye Rd**<br>**Phoenix, AZ 85034** | X | - | DATE INCURRED: **08/2000**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | **$949.00** |
| ACCT #: **15137356**<br>**Cbusasears**<br>**13200 Smith Rd**<br>**Cleveland, OH 44130** | | - | DATE INCURRED: **09/1975**<br>CONSIDERATION: **Charge Account**<br>REMARKS: **CURRENT** | | | | **$5,306.00** |
| ACCT #: **4305870382**<br>**Chase**<br>**4915 Independence Parkway**<br>**Tampa, FL 33634** | | - | DATE INCURRED: **02/1991**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | **$5,206.00** |
| ACCT #: **521150122261**<br>**Chase Na**<br>**4915 Independence Parkway**<br>**Tampa, FL 33634** | X | - | DATE INCURRED: **01/1985**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | **$5,960.00** |

_____3_____ continuation sheets attached

**Total for this Page (Subtotal) >**    **$17,804.00**
**Running Total >**    **$17,804.00**

IN RE: **Jerry T. Smith**
**Mary L Smith**

CASE NO _____
(If Known)

CHAPTER **13**

## **SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)**

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **541065433109**<br>**Citi**<br>**Po Box 6500**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: **08/1996**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | $4,966.00 |
| ACCT #: **500753-8256000384**<br>**Citibank Na**<br>**Po Box 528**<br>**Pelham, NY 10803** | | - | DATE INCURRED: **04/1993**<br>CONSIDERATION: **Check Credit or Line of Credit**<br>REMARKS: **CURRENT** | | | | $1,591.00 |
| ACCT #: **258612339590**<br>**Dependon Col (original Creditor:02   Rlt**<br>**7627 W Lake St 210**<br>**River Forest, IL 60305** | | - | DATE INCURRED: **12/09/2002**<br>CONSIDERATION: **Medical Debt**<br>REMARKS: **COLLECTION** | | | | $230.00 |
| ACCT #: **601100725060**<br>**Discovr Cd**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **04/1986**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | $7,838.00 |
| ACCT #: **436611101171**<br>**First Usa Bank**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | - | DATE INCURRED: **09/1997**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | $3,267.00 |
| ACCT #: **549100008309**<br>**Fleet Cc**<br>**200 Tournament Dr**<br>**Horsham, PA 19044** | | - | DATE INCURRED: **02/2000**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | $181.00 |
| ACCT #: **436614102071**<br>**Fusa Bank**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE 19701** | | - | DATE INCURRED: **05/1994**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT** | | | | $19,199.00 |
| | | | | | | **Total for this Page (Subtotal) >** | $37,272.00 |
| | | | | | | **Running Total >** | $55,076.00 |

IN RE: **Jerry T. Smith**
**Mary L Smith**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **4729088**<br>**Ill Coll Svc (original Creditor:dr Howar**<br>**4647 W 103rd St**<br>**Oak Lawn, IL 60453** | X | - | DATE INCURRED: **11/01/2001**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $85.00 |
| ACCT #:<br>**MARY COLLIER** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**DISPUTED PERSONAL INJURY CLAIM**<br>REMARKS: | | | | $0.00 |
| ACCT #: **3645731**<br>**Mbga/jc Penney**<br>**Po Box 27570**<br>**Albuquerque, NM 87125-7570** | | J | DATE INCURRED: **06/1979**<br>CONSIDERATION: **Charge Account**<br>REMARKS: **CURRENT** | | | | $3,459.00 |
| ACCT #: **532905**<br>**Mbna America**<br>**400 Christiana Road**<br>**Newark, DE 19713** | | W | DATE INCURRED: **01/1993**<br>CONSIDERATION: **Credit Card**<br>REMARKS: **CURRENT - DEBTOR IS AUTHORIZED USER** | | | | $812.00 |
| ACCT #: **S55154NCR**<br>**Med Busi Bur (original Creditor:north Ce**<br>**1460 Renaissance D Suite 400**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED: **08/12/1999**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $304.00 |
| ACCT #: **S55163NCR**<br>**Med Busi Bur (original Creditor:north Ce**<br>**1460 Renaissance D Suite 400**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED: **01/27/1998**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $200.00 |
| ACCT #: **S94085NCR**<br>**Med Busi Bur (original Creditor:north Ce**<br>**1460 Renaissance D Suite 400**<br>**Park Ridge, IL 60068** | | - | DATE INCURRED: **01/01/2002**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $107.00 |
| | | | **Total for this Page (Subtotal) >** | | | | **$4,967.00** |
| | | | **Running Total >** | | | | **$60,043.00** |

IN RE: **Jerry T. Smith**
**Mary L Smith**

CASE NO _____ (If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **8877**<br>**Nordstrom Fsb**<br>**Po Box 6555**<br>**Englewood, CO 80155** | X | - | DATE INCURRED: **04/1991**<br>CONSIDERATION: **Charge Account**<br>REMARKS: **CURRENT** | | | | $1,468.00 |
| ACCT #: **8500009953889**<br>**Peoplesene**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60601** | | - | DATE INCURRED: **11/1978**<br>CONSIDERATION: **Other**<br>REMARKS: **CURRENT** | | | | $243.00 |
| ACCT #: **N28805**<br>**Rockford Mer (original Creditor:dependic**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | - | DATE INCURRED: **12/01/2002**<br>CONSIDERATION: **Collection**<br>REMARKS: **Closed COLLECTION** | | | | $141.00 |
| ACCT #: **1021389227**<br>**Trust Rec Sv (original Creditor:st Eliz**<br>**541 Otis Bowen Dri**<br>**Munster, IN 46321** | | - | DATE INCURRED: **05/01/2002**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $158.00 |
| ACCT #: **1021386501**<br>**Trust Rec Sv (original Creditor:st Eliz**<br>**541 Otis Bowen Dri**<br>**Munster, IN 46321** | | - | DATE INCURRED: **05/01/2002**<br>CONSIDERATION: **Unknown Loan Type**<br>REMARKS: **COLLECTION** | | | | $86.00 |
| | | | | | | **Total for this Page (Subtotal) >** | **$2,096.00** |
| | | | | | | **Running Total >** | **$62,139.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE:   **Jerry T. Smith**                                                                 CASE NO
        **Mary L Smith**

        CHAPTER   **13**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

### Chapter 7: Liquidation   ($209.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income
($194.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

### Chapter 11: Reorganization   ($839.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer   ($239.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this __15th_____ day of __October_____, __2005__.

 **/s/ Jerry T. Smith**                                                                                 **/s/ Mary L Smith**
*Jerry T. Smith*                                                                                          *Mary L Smith*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE:   **Jerry T. Smith**              CASE NO
         **Mary L Smith**
                                         CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                    **$2,700.00**
   Prior to the filing of this statement I have received:          **$1,500.00**
   Balance Due:                                                    **$1,200.00**

2. The source of the compensation paid to me was:
   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/15/2005** | **/s/ HAROLD M. SAALFELD** |
|---|---|
| *Date* | *HAROLD M. SAALFELD*   Bar No. 6231257 |
|  | LAW OFFICE OF HAROLD M. SAALFELD |
|  | 25 N. COUNTY STREET, SUITE 2R |
|  | WAUKEGAN, IL 60085-4342 |
|  | Phone: (847) 249-7538 / Fax: (847) 775-2709 |

---

 **/s/ Jerry T. Smith**                          **/s/ Mary L Smith**
 *Jerry T. Smith*                                *Mary L Smith*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE:  **Jerry T. Smith**                                                                      CASE NO
**Mary L Smith**

                                                                                                CHAPTER    **13**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/15/2005                                             Signature  /s/ Jerry T. Smith
                                                                        *Jerry T. Smith*

Date  10/15/2005                                             Signature  /s/ Mary L Smith
                                                                        *Mary L Smith*