```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 60916
   JERRY T SMITH
   MARY L SMITH                                CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0704    SSN XXX-XX-3906

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 10/15/2005 and was confirmed 03/09/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 04/28/2008.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
AMERICAN AGC                 UNSECURED       NOT FILED            .00             .00
ARMOR SYSTEMS CORP           UNSECURED       NOT FILED            .00             .00
AT & T BANKRUPCTY            UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED         1110.47            .00         1110.47
CBUSA                        UNSECURED       NOT FILED            .00             .00
CHASE                        UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED         5697.92            .00         5697.92
ECAST SETTLEMENT CORP        UNSECURED         4893.89            .00         4893.89
ECAST SETTLEMENT CORP        UNSECURED         6323.23            .00         6323.23
LORD & TAYLOR                UNSECURED          242.83            .00          242.83
DISCOVER FINANCIAL SERVI     UNSECURED         7838.82            .00         7838.82
ECAST SETTLEMENT CORP        UNSECURED         3278.92            .00         3278.92
FLEET CREDIT CARD            UNSECURED       NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC     UNSECURED        19905.70            .00        19905.70
ILLINOIS COLLECTION SERV     UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED         3459.49            .00         3459.49
ECAST SETTLEMENT CORP        UNSECURED          967.75            .00          967.75
MED BUS/ OAK LAWN RADIOL     UNSECURED       NOT FILED            .00             .00
MED BUS/ OAK LAWN RADIOL     UNSECURED       NOT FILED            .00             .00
MED BUS/ OAK LAWN RADIOL     UNSECURED       NOT FILED            .00             .00
NORDSTROM                    UNSECURED         1185.91            .00         1185.91
PEOPLES GAS LIGHT & COKE     UNSECURED       NOT FILED            .00             .00
ROCKFORD MERCANTILE AGEN     UNSECURED          140.70            .00          140.70
TRUSTMARK RECOVERY           UNSECURED       NOT FILED            .00             .00
TRUSTMARK RECOVERY           UNSECURED       NOT FILED            .00             .00
AMERICAN GENERAL FINANCE     SECURED          1800.00         270.00         1800.00
BANK OF AMERICA NA           CURRENT MORTG       .00             .00             .00
ECAST SETTLEMENT CORP        UNSECURED          680.37            .00          680.37
ECAST SETTLEMENT CORP        UNSECURED         1191.56            .00         1191.56
ECAST SETTLEMENT CORP        UNSECURED         3540.60            .00         3540.60
BANK OF AMERICA NA           UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP        UNSECURED         4077.55            .00         4077.55

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 60916 JERRY T SMITH & MARY L SMITH
```

```
CHADWICKS                 UNSECURED       NOT FILED              .00               .00
CITI                      UNSECURED       NOT FILED              .00               .00
ECAST SETTLEMENT CORP     NOTICE ONLY     NOT FILED              .00               .00
CITICARDS                 UNSECURED       NOT FILED              .00               .00
DEPENDON COLLECTION SERV  UNSECURED       NOT FILED              .00               .00
DIRECT MERCHANTS          UNSECURED       NOT FILED              .00               .00
DISCOVER FINANCIAL SERVI  NOTICE ONLY     NOT FILED              .00               .00
KOHLS                     UNSECURED        1198.84               .00           1198.84
MARSHALL FIELDS           UNSECURED       NOT FILED              .00               .00
MARY COLLIER              NOTICE ONLY     NOT FILED              .00               .00
MBNA AMERICA              UNSECURED       NOT FILED              .00               .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED              .00               .00
ORTHOPEDIC & REHAB CENTE  UNSECURED       NOT FILED              .00               .00
FIRST USA BANK NA         UNSECURED       NOT FILED              .00               .00
CITIBANK                  NOTICE ONLY     NOT FILED              .00               .00
GE/HOME SHOPPING NETWORK  NOTICE ONLY     NOT FILED              .00               .00
JC PENNY                  NOTICE ONLY     NOT FILED              .00               .00
ECAST                     NOTICE ONLY     NOT FILED              .00               .00
KOHLS                     NOTICE ONLY     NOT FILED              .00               .00
ECAST                     NOTICE ONLY     NOT FILED              .00               .00
GE MONEY/SAM'S            NOTICE ONLY     NOT FILED              .00               .00
HAROLD M SAALFELD         DEBTOR ATTY      1,389.00                            1,389.00
TOM VAUGHN                TRUSTEE                                              4,938.07
DEBTOR REFUND             REFUND                                               6,375.83

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS                  DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              80,507.45

PRIORITY                                                .00
SECURED                                            1,800.00
    INTEREST                                         270.00
UNSECURED                                         65,734.55
ADMINISTRATIVE                                     1,389.00
TRUSTEE COMPENSATION                               4,938.07
DEBTOR REFUND                                      6,375.83
                     ---------------           ---------------
TOTALS               80,507.45                    80,507.45
```

                PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 60916 JERRY T SMITH & MARY L SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```